■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE NIEVES, Appellant. [749 NYS2d 409] —Judgment, Supreme Court, Bronx County (Robert Cohen, J., at hearing; Barbara Newman, J., at jury trial and sentence), rendered September 20, 2001, convicting defendant of assault in the first degree, and sentencing him, as a second felony offender, to a term of 13 years, unanimously affirmed.

Defendant's suppression motion was properly denied. At the

*Wade* hearing, the People introduced ample evidence that the prior contacts between defendant and the witnesses were so numerous, and extended over such a long period of time, that the showing of a single photograph was permissible as a confirmatory identification procedure (*see People v Rodriguez*, 79 NY2d 445). Concur—Williams, P.J., Nardelli, Rosenberger, Ellerin and Lerner, JJ.